UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VISION STREAMS,

                      Plaintiff,
              -against-

PARMOUNT VIDEO,

                      Defendant.

25-CV-5676 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff Vision Streams filed this action *pro se*. Non-party William Scales signed the complaint but did not pay the $405.00 in fees to initiate a new civil action or submit an application to proceed *in forma pauperis* ("IFP"). For the reasons discussed in this order, the Court dismisses without prejudice the claims asserted by Vision Streams.

**DISCUSSION**

To proceed with a civil action in this court, a plaintiff must either pay $405.00 in fees—a $350.00 filing fee plus a $55.00 administrative fee – or, request authorization to proceed IFP, that is, without prepayment of fees, by submitting a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915. Only a natural person, however, can proceed IFP; an entity like Vision Streams cannot. *See Rowland v. California Men's Colony*, 506 U.S. 194, 196 (1993) (holding that only natural persons may proceed IFP under 28 U.S.C. § 1915).

Moreover, an entity like Vision Streams cannot proceed without counsel. *See, e.g., Jones v. Niagara Frontier Transp. Auth.*, 722 F.2d 20, 22 (2d Cir. 1983) (noting that "it is established that a corporation, which is an artificial entity that can only act through agents, cannot proceed *pro se*"). Accordingly, the Court dismisses claims filed on behalf of Vision Streams without

prejudice to that entity proceeding with this action with counsel and with the payment of the

fees.[1]

**CONCLUSION**

The Court dismisses claims filed on behalf of Vision Streams without prejudice to this

entity proceeding with this action with counsel and with the payment of the fees.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order

would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal.

*See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is directed to enter judgment dismissing this case.

SO ORDERED.

 Dated:    July 24, 2025
           New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge

---

[1] William Scales has filed a slew of cases in his own name and on behalf of Vision
Streams and Global Media Network, and the Court has ordered him to show cause why he
should not be barred from filing any further actions in this court IFP, either in his own name or
his companies' names, without first obtaining permission from the court to file his complaint. *See
Global Media Network v. Pandora*, No. 25-CV-5555 (LTS) (S.D.N.Y. July 23, 2024).