UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VISION STREAMS,<br><br>                          Plaintiff,<br><br>            -against-<br><br>PARMOUNT VIDEO,<br><br>                          Defendant. | 25-cv-5676 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the July 24, 2025, order, the Court dismisses claims filed on behalf of Vision Streams without prejudice t this entity proceeding with this action with counsel and with the payment of the fees..

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   July 30, 2025
         New York, New York

                                                   /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge